UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-2205**

DR. THOMAS V. MONTGOMERY, III,

Plaintiff - Appellant,

v.

DR. MARK T. ESPER,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, Senior District Judge. (1:18-cv-01317-CMH-IDD)

Submitted: April 14, 2020                    Decided: April 17, 2020

Before WILKINSON, THACKER, and QUATTLEBAUM, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Thomas V. Montgomery, III, Appellant Pro Se. John Earl Swords, Special Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In this employment discrimination case, Thomas V. Montgomery, III, appeals the district court's orders dismissing one of his claims and granting summary judgment to Defendant on Montgomery's other causes of action. Based on our review of the record, we agree with the district court's determination that Montgomery failed to establish a prima facie case of race discrimination. As to the remaining claims, Montgomery has forfeited appellate review because his informal brief does not challenge the bases for the district court's disposition of these claims. *See* 4th Cir. R. 34(b); *Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief.").

Accordingly, we affirm the district court's judgment. We deny Montgomery's motion for relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*